JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wells Fargo Bank, N.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Darmont Construction Corp., et al.,<br><br>　　　　Defendants. | 2:20-cv-10013-VAP-PDx<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Plaintiff Wells Fargo Bank, N.A. and against Defendant Darmont Construction Corp. on Plaintiff's claims for breach of contract and express contractual indemnity.

　　Pursuant to this Judgment, Defendant shall pay Plaintiff $117,599.02 in compensatory damages, $34,957.52 in interest, $10,430 in attorneys' fees, and $2,312.25 in costs.  In total, Defendant shall pay Plaintiff 165,298.79.

**IT IS SO ORDERED.**

Dated:　　7/29/21

　　　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　United States District Judge